IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Billingslea, Mark K | Case Number: 07 B 23995 |
|---|---|---|
|  |  | Judge: Goldgar, A. Benjamin |
|  | Printed: 10/7/08 | Filed: 12/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 8, 2008
Confirmed: February 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,015.00 |  |
| Secured: |  | 555.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 393.76 |
| Trustee Fee: |  | 65.97 |
| Other Funds: |  | 0.00 |
| Totals: | 1,015.00 | 1,015.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,150.00 | 393.76 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Housing & Urban Development | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 490.54 | 162.09 |
| 5. | American General Finance | Secured | 9,761.62 | 104.19 |
| 6. | Countrywide Home Loans Inc. | Secured | 27,075.55 | 288.99 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 2,165.30 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 2,575.46 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,095.58 | 0.00 |
| 10. | Chicago Central | Unsecured | 317.90 | 0.00 |
| 11. | Capital One | Unsecured | 697.32 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 301.66 | 0.00 |
| 13. | B-Real LLC | Unsecured | 1,434.30 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 727.54 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 285.09 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 1,451.55 | 0.00 |
| 17. | American General Finance | Unsecured | 611.82 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 914.49 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 285.09 | 0.00 |
| 20. | City Of Chicago | Unsecured | 167.77 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 8,552.65 | 0.00 |
| 22. | Bass & Associates | Unsecured | 108.64 | 0.00 |
| 23. | Credit Management Co. | Unsecured |  | No Claim Filed |
|  |  |  | $ 62,169.87 | $ 949.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Billingslea, Mark K | Case Number:  07 B 23995 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/7/08 | Filed:  12/20/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.00 |
| 6.5% | 58.97 |
| | _____ |
| | $ 65.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

